# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

FILED
APR 1 9 2017
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:17MJ162 |
| | ) | |
| Jason Craig Montgomery | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 30, 2017-April 18, 2017__ in the county of __Collin__ in the
__Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of a minor. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Special Agent Jennifer Mullican, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-19-17

_____
*Judge's signature*

City and state: Plano, Texas                    Hon. Kimberly C. Priest Johnson
                                                *Printed name and title*